In the Matter of RALPH MARTINELLI et al., as Copartners Doing Business under the Name of YONKERS DAILY TIMES, Appellants, against NEW YORK TELEPHONE COMPANY, Respondent.—

No opinion. Appeal from original order denying the application for reinstallation dismissed, without costs. Present — Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ.